In the Matter of DELANO BROWN, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted November 30, 2009; decided January 12, 2010

Reported below, 2009 NY Slip Op 74919(U).

Motion for reargument of motion for leave to appeal denied [*see* 13 NY3d 770 (2009)].